DOUGLAS E. GEYMAN (SBN: 159417)
Law Office of Douglas E. Geyman
750 B Street, Suite 2635
San Diego, CA 92101
Telephone: (619) 232-3533

FILED
07 DEC -3 PM 1:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorney for Plaintiff JOHN J. RODRIGUEZ, JR.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | CIVIL NO.: '07 CV 2269 W (RBB)<br><br>COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

Plaintiff John J. Rodriguez, Jr. ("Rodriguez" or "Plaintiff"), for his complaint alleges as follows:

1. Plaintiff brings this action pursuant to the provisions of 42 USC 1983 to obtain such legal and equitable relief as will effectuate the purposes of the aforementioned statutes.

## JURISDICTION AND VENUE

2. Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. § 1331 and 29 USC § 626(c).

3. Venue in the United Stats District Court for the Southern District of California is proper under 28 U.S.C. § 1391(b).

## THE PARTIES

4. Plaintiff John J. Rodriguez, Jr. is, and at all times material to this Complaint was, a contracted employee of the United States Department of Homeland Security ("USDHS") Immigration and Customs Enforcement ("ICE") through its contract with AKAL Security ("AKAL"). Plaintiff held the position of Security Custody Officer at the El Centro Processing Center in El Centro, California ("the El Centro Facility") from March 30, 1998 through December 6, 2006, when USDHS terminated his employment.

5. The Department of Homeland Security is, and at all times material to this Complaint was, an independent agency of the United States created by statute (The Homeland Security Act of 2002, Pub. L. 107-296).

## COUNT I

6. Plaintiff incorporates herein by references paragraphs 1 through 5 as though fully set forth herein.

7. Plaintiff first became employed as a Security Custody Officer for USDHS on or about March 30, 1998.

8. On or about January 1, 2003, USDHS contracted with AKAL Security under Contract No. ACL-2-0003 ("The Contract") between AKAL and USDHS. Plaintiff remained in his position as Security Custody Officer under The Contract continually through on or about December 6, 2006.

9. Under the terms of The Contract, USDHS, AKAL is, and at all times relevant was, required to abide by the directives of USDHS and ICE. USDHs and ICE controlled all aspects of the employment of Security Custody Officers provided by AKAL, including the terms and conditions under which such officers would be retained or terminated as employees.

10. On or about the morning of December 1, 2006, upon arriving at work, Plaintiff was accosted by two ICE agents ("the Agents") and detained. At some point during his detention, Plaintiff was also handcuffed. While Plaintiff was detained, the Agents illegally searched his person, his personal belongings and his vehicle, and removed certain personal

1  and ICE. Plaintiff was further informed that pursuant to USDHS's directive, AKAL had no
2  choice but to terminate his employment effective December 6, 2006.
3      18.   On or about December 6, 2006 when AKAL advised Plaintiff that his
4  employment was being terminated, it did not provide Plaintiff with a reason for his
5  termination other than that ICE had directed that he be removed from the contract.
6      19.   Plaintiff has obtained AKAL's form entitled "Disciplinary and Termination
7  Request" related to Plaintiff's termination. The reason for termination which was initially
8  recorded as "Bring in Contraband into the Facility" has been lined through and replaced with
9  "ICE Removal from Contract." The section of the form that set's forth the officer's alleged
10 violation has also been lined through. Plaintiff has been unsuccessful in his efforts to obtain
11 an unredacted copy of this form in order that he may know the real reason that USDHS and
12 ICE terminated his employment.
13     20.   On or about December 7, 2006, Plaintiff was provided with a positive Letter
14 of Recommendation by Major Jeffrey B. Floyd, Project Manager at the El Centro Facility. In
15 this Letter of Recommendation, Major Floyd states that Plaintiff was "in good standing with
16 AKAL" and would be "a great asset to your origination (sic) and provide you with the same
17 level of professionalism, commitment and integrity he has displayed throughout his service at
18 the El Centro Processing Center." In spite of Major Floyd's positive recommendation,
19 AKAL terminated Plaintiff's employment. AKAL failed, and continues to fail, to provide
20 Plaintiff with a reason for his termination.
21     21.   Plaintiff believes and thereon alleges that his actions on or about the morning
22 of December 1, 2006 in taking his gym bag into the El Centro facility was not extraordinary,
23 and was no different from the actions of other Security Custody Officers at the El Centro
24 Facility.
25     22.   Although Plaintiff was not aware at the time that his personal belongings were
26 searched with cause or warning on or about December 1, 2006 that the over-the-counter
27 dietary supplements were in his gym bag, he did not then, and does not now, consider them to
28 be any different than the dietary supplemental drinks maintained by USDHS in vending

machines at the El Centro Facility.

23. On or about December 4, 2006, Plaintiff was advised that his security clearance had been revoked by USDHS. USDHS's revocation Plaintiff's security clearance effectively ended Plaintiff's professional career to which he had dedicated ten years of his life. Plaintiff career as a Security Custody Officer was his only profession and the only means by which he could provide for himself and his family.

24. Plaintiff believes and thereon alleges that his treatment by USDHS as alleged herein was intentionally different from others similarly-situated, and that there was no rational basis for the difference in treatment.

25. Plaintiff believes and alleges that his treatment by USDHS as alleged herein was based in totally illegitimate animus toward him.

26. As a result of USDHS's unequal and unwarranted ill-treatment of Plaintiff, and in particular the revocation of Plaintiff's security clearance, Plaintiff is unable to pursue his usual occupation. Plaintiff's inability to pursue his usual occupation in this regard has been proximately caused by USDHS's actions, which were arbitrary and lacking a rational basis.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiffs prays for relief as follows:

1. For trial by jury for all issues so triable

2. For any and all appropriate legal, equitable or declaratory relief;

3. For attorneys fees and costs pursuant to 42 U.S.C. 1988; and

4. For such other relief as this Court deems just and proper.

November 28, 2007

LAW OFFICE OF DOUGLAS E. GEYMAN

By: _____
Douglas E. Geyman, Esq.
Attorney for Plaintiff
JOHN J. RODRIGUEZ, JR.

5

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
07 DEC -3 PM 1:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           DEPUTY

## I. (a) PLAINTIFFS
JOHN RODRIGUEZ

## DEFENDANTS
MICHAEL CHERTOFF, SECRETARY DEPARTMENT OF HOMELAND SECURITY

**(b)** County of Residence of First Listed Plaintiff: **IMPERIAL VALLEY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
DOUGLAS E. GEYMAN - 750 B STREET, SUITE 2635, SAN DIEGO, CA 92101

Attorneys (If Known)
**'07 CV 2269    W (RBB)**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983

Brief description of cause:
Plaintiff claims that he was discriminated against by his employer.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 11/29/2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 145004  AMOUNT $350  12/3/07 BY
APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 145004     - BH

       December 03, 2007
           12:57:22


         Civ Fil Non-Pris
USAO #.: 07CV2269 CIVIL FILING
Judge..: THOMAS J WHELAN
Amount.:              $350.00 CK
Check#.: BC# 4186



    Total-> $350.00


FROM: RODRIGUEZ V. CHERTOFF ET AL
      CIVIL FILING
```