Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC -3 PM 1: 01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

JOHN RODRIGUEZ, an individual,
                    Plaintiff,

vs

MICHAEL CHERTOFF,
SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,

                    Defendant.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2269          W (RBB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DOUGLAS E. GEYMAN
750 B STREET, SUITE 2635
SAN DIEGO, CA 92101

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

P. DELA CRUZ

By _____ , Deputy Clerk

DEC - 3 2007

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)