KAREN P. HEWITT
United States Attorney
CAROL M. LEE
Assistant U.S. Attorney
California Bar No. 219246
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-6235
Facsimile: (619) 557-5004
Email: carol.lee@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RODRIGUEZ, JR., | Case No. 07cv2269-W (RBB) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**; |
| v. | |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | DATE: March 24, 2008<br>TIME: 10:00 a.m.<br>CTRM: 7 |
| Defendant. | JUDGE: Thomas J. Whelan |
| | **NO ORAL ARGUMENT PURSUANT TO CIVIL LOCAL RULE 7.1(d)(1)** |

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO:    PLAINTIFF, JOHN J. RODRIGUEZ, JR., AND HIS ATTORNEY, DOUGLAS E. GEYMAN:

PLEASE TAKE NOTICE that on March 24, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Thomas J. Whelan, Defendant, United States of America, through its attorneys of record, Karen P. Hewitt, United States Attorney, and Carol M. Lee, Assistant U.S. Attorney, will bring this motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

///

///

Defendant's motion is based on all the grounds set forth in the Memorandum of Points and Authorities, including but not limited to the following: this Court lacks subject matter jurisdiction as to Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(1); and the Complaint fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  Specifically, the Complaint fails to allege facts sufficient to support any cognizable claim for relief against the named Defendant, and to the extent Defendant has been named in his official capacity, this Court lacks subject matter jurisdiction. Accordingly, for the reasons more fully set forth in the attached Memorandum, Defendant urges the Court to dismiss Plaintiff's Complaint.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, and the files and records of this case.

Dated: February 11, 2008                Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        s/ Carol M. Lee

                                        CAROL M. LEE
                                        Assistant U.S. Attorney

                                        Attorneys for Defendant
                                        Michael Chertoff, Secretary,
                                        Department of Homeland Security