```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROL M. LEE
    Assistant U.S. Attorney
 3  California Bar No. 219246
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-6235
    Facsimile: (619) 557-5004
 6  Email: carol.lee@usdoj.gov

 7  Attorneys for Defendant
    United States of America
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JOHN J. RODRIGUEZ, JR., | ) | Case No. 07cv2269-W (RBB) |
|---|---|---|
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | ) ) | DATE: March 24, 2008<br>TIME: 10:00 a.m.<br>CTRM: 7 |
| Defendant. | ) | JUDGE: Thomas J. Whelan |
| | ) | **NO ORAL ARGUMENT PURSUANT TO CIVIL LOCAL RULE 7.1(d)(1)** |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of :

    1)    NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT (dated 02/11/08)

    2)    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT (dated 02/11/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

///

Douglas E. Geyman, Esq.
Law Offices of Douglas Geyman
750 B Street, Suite 2635
San Diego, CA 92101
douglas@geyman.sdcoxmail.com

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 11, 2008.

                                          s/Carol M. Lee
                                          CAROL M. LEE