```
 1  DOUGLAS E. GEYMAN (SBN: 159417)
    Law Office of Douglas E. Geyman
 2  750 B Street, Suite 2635
    San Diego, CA 92101
 3  Telephone: (619) 232-3533
 4
 5  Attorney for Plaintiff JOHN J. RODRIGUEZ, JR.
 6
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RODRIGUEZ, | ) | Case No.: 07cv2269-W (RBB) |
| Plaintiff, | ) ) | NOTICE OF VOLUNTARY DISMISSAL |
| v. | ) ) | |
| MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Defendant. | ) ) | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

February 27, 2008          LAW OFFICE OF DOUGLAS E. GEYMAN

                           By: _____
                           Douglas E. Geyman, Esq.
                           Attorney for Plaintiff JOHN J. RODRIGUEZ, JR.

SO ORDERED.

Date: _____          _____
                               The Honorable Thomas J. Whelan
                               United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Rodriguez,<br>  Plaintiff,<br>vs.<br>Michael Chertoff,<br>Secretary, Department of<br>Homeland Security,<br>  Defendant. | Case No. 07 CV 2269<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>Karen Hewitt, U.S. Attorney<br><br>Date Served:<br>02/28/08 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
NOTICE OF VOLUNTARY DISMISSAL
in the following manner: (check one)

1)    By personally delivering copies to the person served.

2)    By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)    By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   ✗   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, CA
   on February 28 , 20 08  .

Executed on  February 28 , 20 08  at San Diego, CA

_____